IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL DEAN ELLIS,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY CORRECTIONAL CENTER, GRAHM, c/o; MYERS, BULLOCK, PAITLAN, BROWN, SGt.; and NAMES UNKNOWN, their was a couple others;<br><br>Defendants. | 8:20CV140<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's response (filings 12 & 13) to the court's June 29, 2020 Memorandum and Order (filing 11) requiring Plaintiff to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. As Plaintiff indicates, he sent his payment to the court on June 3, 2020. The court received Plaintiff's payment on June 8, 2020 but, inadvertently, the receipt did not get docketed at that time. The docket sheet has been updated to reflect receipt of Plaintiff's payment. Accordingly,

IT IS ORDERED that: Plaintiff has shown sufficient cause and this matter will proceed. The next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 10th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2