IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL DEAN ELLIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS COUNTY CORRECTIONAL CENTER, GRAHM, c/o; MYERS, BULLOCK, PAITLAN, BROWN, SGt.; and NAMES UNKNOWN, their was a couple others;<br><br>　　　　　Defendants. | 8:20CV140<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the court on Plaintiff's Notice of Change of Address, which the court construes as a motion for status. (Filing 19.) Plaintiff's motion for status is granted. On September 3, 2020, the court conducted an initial review of Plaintiff's Complaint and determined it failed to state a claim upon which relief may be granted. (Filing 18.) The court gave Plaintiff until October 5, 2020 to amend his Complaint and correct the deficiencies identified by the court.

　　　Plaintiff also requests that all information pertaining to this case be sent to him personally at the Leavenworth Detention Center, where he is currently held, and to a second address he identifies as his permanent address. The court, however, will only send case-related notices to Plaintiff at the Leavenworth Detention Center as that is where he is physically located.

　　　Accordingly,

IT IS ORDERED that:

1. Plaintiff's Notice of Change of Address, construed as a motion for status (filing 19), is granted.

2. Plaintiff is advised that he has until **October 5, 2020** to amend his Complaint in accordance with the court's September 3, 2020 Memorandum and Order (filing 18) on initial review.

3. The clerk of the court is directed to update Plaintiff's address to Inmate Number 31602047, Leavenworth Detention Center, 100 Highway Terrace, Leavenworth, Kansas, 66048.

4. The clerk of the court is directed to send to Plaintiff a copy of the court's September 3, 2020 Memorandum and Order (filing 18) and a copy of this order to Plaintiff at the Leavenworth Detention Center.

Dated this 8th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge