IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL D. ELLIS,<br><br>          Plaintiff,<br><br>vs.<br><br>GRAHM, et al.,<br><br>          Defendants. | **8:20CV140**<br><br>**MEMORANDUM<br>AND ORDER** |

    This matter is before the court for case management. On February 2, 2021, the court entered a Memorandum and Order (Filing No. 28) authorizing service of process. The Marshals Service has informed the court that there are multiple DCCC officers named Myers and Patlan ("Paitlan" as identified by Plaintiff), and it cannot readily be determined which officers were involved in the events alleged in the Second Amended Complaint.

    IT IS THEREFORE ORDERED that the Marshals Service shall provide the Clerk of the Court with the full names and addresses of all individuals it has identified as potential matches for the five named Defendants, and the Clerk of the Court shall prepare a sufficient number of summonses, USM-285 forms, and other papers for service on such individuals in accordance with the court's February 2, 2021 Memorandum and Order (Filing No. 28).

    Dated this 3rd day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge