IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL D. ELLIS,<br><br>Plaintiff,<br><br>vs.<br><br>GRAMHN, et al.,<br><br>Defendants. | **8:20CV140**<br><br><br>**MEMORANDUM<br>AND ORDER** |

Plaintiff filed his Complaint in this matter on April 13, 2020, while he was incarcerated. The court granted him leave to proceed in forma pauperis on May 20, 2020, also while he was incarcerated. The Federal Bureau of Prisons' inmate locator shows plaintiff was released from prison on July 9, 2021.

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees. Plaintiff was advised of the need for a new IFP application in the court's Memorandum and Order entered on May 14, 2021 (Filing 43), when he was granted an extension of time for discovery and the case progression schedule was modified.

Plaintiff was also advised in that Memorandum and Order that he must keep the court informed of his current address at all times, or else the case may be dismissed. Plaintiff has not notified the court of his change of address since his release from prison. The court's local rules require that notice of a change of address be filed within 30 days after the change of address. *See* NEGenR 1.3 (e) & (g).

IT IS THEREFORE ORDERED that:

1.      Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2.      The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3.       Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

4.      The clerk of the court is directed to set a pro se case management deadline with the following text: September 10, 2021: deadline for Plaintiff to file new IFP application or pay filing fee, update address.

Dated this 11th day of August 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge