IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL D. ELLIS, | |
| Plaintiff, | 8:20CV140 |
| vs. | |
| DOUGLAS COUNTY CORRECTIONAL CENTER, GRAMHN, c/o; MYERS, BULLOCK, PAITLAN, BROWN, SGt.; NAMES UNKNOWN, their was a couple others; and EMPLOYEES OF DOUGLAS COUNTY CORRECTIONAL CENTER, | ORDER |
| Defendants. | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing 46.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted.

Dated this 14th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge