IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL D. ELLIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GRAMHN, et al.,<br><br>　　　　　Defendants. | 8:20CV140<br><br>MEMORANDUM<br>AND ORDER |

Now that Plaintiff has been granted leave to proceed in forma pauperis as a non-prisoner (*see* Filing 47), the court finds this case should be removed from the pro se docket pursuant to paragraph 6 of General Order No. 2020-01 (Filing 3).

IT IS THEREFORE ORDERED:

1. Pursuant to General Order No. 2020-01 ¶ 6, because the court has entered an order directing service of process and no plaintiff in the case is incarcerated, this case is removed from the pro se docket. The Clerk of Court shall randomly assign new judges to this case and request a reassignment order from the Chief Judge.

2. The Amended Order Setting Schedule for Progression of Case (Filing 44) shall remain in effect unless otherwise ordered by the court.

Dated this 21st day of September 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge